IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01703-WYD-MEH

SHIRLEY KILLEBREW,

    Plaintiff,

v.

BAYER CORPORATION; BAYER HEALTHCARE LLC;
BAYER PHARMACEUTICALS CORPORATION;
BAYER HEALTHCARE PHARMACEUTICALS INC.;
BERLEX LABORATORIES, INC.; BERLEX, INC.;
BAYER SCHERING PHARMA AG; and BAYER
AG,

    Defendants.

**ORDER STAYING PROCEEDINGS**

    THIS MATTER is before the Court on Defendant Bayer HealthCare Pharmaceuticals' ["Bayer"] Unopposed Motion to Stay All Proceedings in the Case. In the Complaint filed in the case, Plaintiff seeks personal injuries arising from the use of YAZ oral contraceptives.

    Bayer notes in its motion that the United States Judicial Panel on Multidistrict Litigation has centralized cases involving YAZ and Yasmin oral contraceptives in MDL No. 2100, In Re: Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation, pending before Chief Judge David R. Herndon in the Southern District of Illinois for coordinated or consolidated pretrial proceedings. Bayer requests that the Court issue an order staying all activity in this case pending a decision

by the United States Judicial Panel on Multidistrict Litigation as to whether this case is transferred to the pending MDL No. 2100. I find from my review of the motion that a stay is appropriate. Accordingly, it is

ORDERED that all activities in this case are **STAYED** pending a decision by the Judicial Panel on Multidistrict Litigation as to whether this case will be transferred to the pending MDL.

Dated this 21st day of July, 2010.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE